```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

**DANIEL P. SIEGEL,**

        **Plaintiff,**
  vs.                              Civil Action 2:15-cv-403
                                        Judge Graham
                                        Magistrate Judge King

**CAROLYN COLVIN**
**ACTING COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION,**

        **Defendant.**

## ORDER

On September 9, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner of Social Security be affirmed and that this action e dismissed. *Report and Recommendation*, ECF No. 19. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF No. 19, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is A**FFIRMED**. This action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter final judgment pursuant to Sentence 4 of 42 U.S.C. § 405(g).

Date: September 29, 2015                    _____s/James L. Graham_____
                                                              James L. Graham
                                                              United States District Judge